# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| MATT HOWARD,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Chase Bank USA, N.A., an DOES 1 through 100 inclusive,<br><br>　　　　Defendants. | Case No.: 2:18-CV-00697-JAM-KJN<br><br>**ORDER GRANTING STIPULATED REQUEST FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)** |

1

[PROPOSED] ORDER

**ORDER**

After full consideration of the Stipulated Request for Dismissal Pursuant to Fed. R. Civ. P 41(a)(2), and all other matters presented in connection therewith, this Court orders as follows:

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice in its entirety pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: 9/14/2018       /s/ John A. Mendez
                       Hon. JOHN A. MENDEZ
                       UNITED STATES DISTRICT COURT JUDGE